**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **RITA KAISER GHANAM** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EXPERIAN INFORMATION** )<br>**SOLUTIONS, INC.** )<br>)<br>Defendant. ) | Civil Action No. 2:23-11812-LJM-KGA |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, by and through counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i), and voluntarily dismisses this action without prejudice as to Defendant Experian Information Solutions, Inc. with each party bearing its own costs, expenses, and attorneys' fees.

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY:   */s/Geoffrey H. Baskerville*
Geoffrey H. Baskerville, Esq.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
gbaskerville@consumerlawfirm.com

*Attorneys for Plaintiff*

Dated: August 16, 2023